◤JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** New Bedford    **Category No.** III    **Investigating Agency** ICE

**City** New Bedford    **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Roberto Neves    Juvenile ☐ Yes ☒ No

**Alias Name** Jorge Gomes

**Address** _____

**Birth date (Year only):** 1975   **SSN (last 4 #):** 8729   **Sex** M   **Race:** ____   **Nationality:** Cape Verde

**Defense Counsel if known:** McKenzie Webster   **Address:** Federal Defender's Office

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Michael J. Crowley    **Bar Number if applicable** 641235

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Victims:** ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** February 25, 2009 ( state custody)

☒ Already in Federal Custody as   detainee – release violation   in   Case # 01cr10093-GAO   .
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** July 23, 2009    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Roberto Neves

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 911 | False Claim to U.S. Citizenship | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**